NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WUHAN KEDA MARBLE PROTECTIVE MATERIALS CO., LTD.,**
*Appellant*

**v.**

**TENAX S.P.A.,**
*Appellee*

---

2018-1900

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in Nos. 91213895, 91224663.

---

## JUDGMENT

---

PATRICK JAY HINES, Muncy Geissler Olds & Lowe, Fairfax, VA, argued for appellant.

MATTHEW C. ACOSTA, Jackson Walker, LLP, Dallas, TX, argued for appellee. Also represented by JOHN MARTIN JACKSON; MICHELE S. KATZ, Advitam IP, LLC, Chicago, IL.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, MOORE, and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| April 8, 2019 | /s/ Peter R. Marksteiner |
|---|---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |